IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

LUFKIN DIVISION

| | | |
|---|---|---|
| ROLAND SOSA | § | |
| VS. | § | CIVIL ACTION NO. 9:13cv266 |
| DIRECTOR, TDCJ-CID | § | |

## MEMORANDUM OPINION REGARDING VENUE

Petitioner Roland Sosa, an inmate confined in the Polunsky Unit of the Texas Department of Criminal Justice, Correctional Institutions Division, filed this petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

## Discussion

Petitioner complains of four criminal convictions from the 22nd District Court of Hays County, Texas.

Petitioner filed this petition for writ of habeas corpus in the district in which he is currently confined. Pursuant to 28 U.S.C. § 2241(d), a petitioner may bring his petition for writ of habeas corpus in the district in which he was convicted or the district in which he is incarcerated. Section 2241(d) further provides that the district court in the exercise of its discretion may transfer the action to the other district in the furtherance of justice.

Petitioner was convicted in Hays County, Texas. Pursuant to 28 U.S.C. § 124, Hays County is in the Austin Division of the Western District of Texas. As all records and witnesses involving

this action may be located in the Western District, the transfer of this action to such district would further justice.

Accordingly, this case should be transferred to the Austin Division of the United States District Court for the Western District of Texas. A Transfer Order shall be entered in accordance with this Memorandum Opinion.

**SIGNED** this 29 day of October, 2013.

KEITH F. GIBLIN
UNITED STATES MAGISTRATE JUDGE